UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>                      Plaintiffs,<br><br>       v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION and DR. ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration,<br><br>                      Defendants. | Case No. 1:21-cv-03190 (RDM) |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to the Court's March 6, 2023, Minute Order to apprise the Court of the status of the administrative proceedings arising from FDA's May 19, 2022, decision denying the Citizen Petition at issue in this case and to propose next steps in this litigation.

This case involves a Citizen Petition Plaintiffs submitted to FDA in 2016 under 21 C.F.R. §§ 10.25(a)(2), 10.30, requesting that the agency take specified regulatory actions to restrict the use of a number of substances called phthalates in materials that contact food. Plaintiffs allege that FDA unreasonably delayed its issuance of a decision on the Citizen Petition under the Administrative Procedure Act, 5 U.S.C. § 706(1). *See* Complaint (Dkt. No. 1) at 1, 24.

In an unopposed motion for a stay of proceedings filed February 9, 2022 (Dkt. No. 22), Defendants represented that FDA would issue a final decision on Plaintiffs' Citizen Petition by July 19, 2022. Dkt. No. 22. On February 11, 2022, the Court granted that stay motion, and Defendants issued a final decision denying Plaintiffs' Citizen Petition on May 19, 2022.

On June 21, 2022, Plaintiffs submitted to FDA a timely Petition for Reconsideration of FDA's decision denying Plaintiffs' Citizen Petition, as provided by 21 C.F.R. § 10.33. In anticipation of that submission, Plaintiffs requested, and Defendants did not oppose, that the Court leave in place its stay of this litigation until FDA issues a decision on Plaintiffs' Petition for Reconsideration. *See* Joint Status Rep. (Dkt. No. 24). Plaintiffs explained that this approach would conserve the resources of the parties and the Court by enabling Plaintiffs to pursue an administrative remedy before deciding whether to pursue further relief from the Court. This Court granted Plaintiffs' request by Minute Order dated June 10, 2022, and directed the parties to file a joint status report by December 9, 2022, or within seven days of FDA's issuance of a decision on Plaintiffs' Petition for Reconsideration, whichever is sooner. On December 9, 2022, the parties asked the Court to maintain the stay and direct the parties to file a further joint status report by March 3, 2023, or within seven days of FDA's decision on Plaintiffs' Petition for Reconsideration, whichever is sooner. This Court granted that request by Minute Order dated December 14, 2022. On March 3, 2023, the parties advised the Court that FDA had made substantial progress in preparing its response to Plaintiffs' Petition for Reconsideration and asked that the Court maintain the stay and direct the parties to file a further joint status report by June 1, 2023. The Court granted that request by Minute Order dated March 6, 2023.

FDA represents that it continues to carefully assess Plaintiffs' arguments and prioritize issuing a timely decision on the Petition for Reconsideration. FDA is in the process of finalizing its response to Plaintiffs' Petition for Reconsideration and, barring unforeseen circumstances, expects to issue its response by July 21, 2023.

Accordingly, the parties respectfully request that the Court maintain its stay of this litigation and direct the parties to file a further joint status report by September 1, 2023, which would

allow sufficient time for Plaintiffs to review FDA's decision and the parties to discuss next steps. In the joint status report, the parties intend to update the court regarding further proceedings in this matter.

 Respectfully submitted this 1st day of June 2023.

            <u>/s/ Katherine K. O'Brien</u>
            Katherine K. O'Brien
            Earthjustice
            P.O. Box 2297
            South Portland, Maine 04116
            (212) 284-8036
            kobrien@earthjustice.org

            *Counsel for Plaintiffs*

            <u>/s/ Oliver McDonald</u>
            Oliver McDonald
            Scott P. Kennedy
            Trial Attorneys
            Consumer Protection Branch
            Civil Division
            U.S. Department of Justice
            P.O. Box 386
            Washington, DC 20044-0386
            (202) 305-0168 (McDonald)
            (202) 305-1837 (Kennedy)
            Oliver.J.McDonald@usdoj.gov
            Scott.P.Kennedy@usdoj.gov

            *Counsel for Defendants*